1 | DANIEL J. BRODERICK, Bar #89424
Federal Defender
2 | CHARLES J. LEE, Bar #221057
Assistant Federal Defender
3 | Designated Counsel for Service
2300 Tulare Street, Suite 330
4 | Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
CRAIG LYNN BARR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 6:08-mj-0035 WMW |
|---|---|---|
| Plaintiff, | ) | *EX PARTE* APPLICATION TO MODIFY TERMS OF PROBATION; AND ORDER THEREON |
| v. | ) | |
| CRAIG LYNN BARR, | ) | |
| Defendant. | ) | |

On September 9, 2008, the defendant, Craig Lynn Barr, appeared for plea and sentencing before this court. Judgment was issued by the Honorable William M. Wunderlich and among other provisions, included 12 months of unsupervised probation and a fine of $1000.00 inclusive.

Mr. Barr would this time petition the court to allow him to make monthly payments on that fine. He would request the rate of $125.00 per month, with the first payment due on November 15 and on the 15th of every month thereafter until paid in full. All other terms and conditions of unsupervised probation previously imposed shall remain the same.

DANIEL J. BRODERICK
Federal Defender

DATED: October 17, 2008      By  /s/ Charles J. Lee
CHARLES J. LEE
Assistant Federal Defender
Counsel for Defendant
Craig Lynn Barr

**ORDER**

**IT IS SO ORDERED**. The Judgment imposed on September 9, 2008 is hereby modified to allow fine payments of $125.00 a month beginning on November 15, 2008 and due on the 15th of each month thereafter until the fine is paid in full.. All remaining terms and conditions of the said Judgment shall remain in full force and effect pending further order of the court.

DATED:   October _____, 2008

_____
WILLIAM M. WUNDERLICH
Magistrate Judge
Eastern District of California

IT IS SO ORDERED.

**Dated:   October 20, 2008**          **/s/  William M. Wunderlich**
                                        UNITED STATES MAGISTRATE JUDGE

*Ex Parte* Application to Modify Terms
of Probation; [Proposed] Order Thereon